IN THE UNITED STATES DISCTRIC COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



| UNITED STATES OF AMERICA | : | CASE NO. 3 : 17 mj 253 |
|---|---|---|
| v. | : | ORDER SEALING CRIMINAL |
| | : | COMPLAINT, AFFIDAVIT AND |
| SEALED DOCUMENTS | : | ARREST WARRANT |

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Criminal Complaint, Affidavit and Arrest Warrant in the above captioned case be sealed and kept from public inspection until otherwise ordered by this Court.

SHARON L. OVINGTON
U.S. MAGISTRATE JUDGE